IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILTON W. TAYLOR,

    Plaintiff,

v.

Case No. 21-cv-798-jdp

DOUGLAS BELLILE, MIKE KRAUSE,
ERIN LUND, ANN MORAN, and
ROBIN STOPPENBACH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's federal-law claims with prejudice and remanding plaintiff's remaining state-law claims to Juneau County Circuit Court.

| /s/ | February 3, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |